RECEIVED

MAY 01 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KELDA PRICE | CIVIL ACTION NO. 09-0176 |
| VERSUS | JUDGE DOHERTY |
| CHARLES PORTER | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the defendant's Motion to Dismiss [rec. doc. 10] be **GRANTED**, and accordingly, that the instant civil rights action be **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this \_\_1\_\_ day of \_\_May\_\_, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT
DATE  5-1-09
BY  CB
TO  CG